UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>DARRYL WRIGHT and<br>KAREN BEVENS ,<br><br>       Defendants. | No. CR14-5539 BHS<br><br>ORDER CONTINUING MOTIONS DEADLINE AND TRIAL DATE |

THIS MATTER comes before the Court upon the parties' stipulated motion to continue the trial date in this matter.  Having considered the entirety of the records and file herein, and based on the facts set forth in the stipulated motion of the parties, the Court finds as follows:

1. That failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii) and (iv);

2. That the case is complex due to the nature of the prosecution such that it is unreasonable to expect adequate preparation within the time limits specified within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii);

3. That failure to grant such a continuance in the proceeding would be likely to make a continuation of such proceeding impossible and result in a miscarriage of justice; and

4. That the ends of justice will be served by ordering a continuance in the case, that a continuance is necessary to ensure effective trial preparation, and that these factors outweigh the best interests of the public in a speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

ORDER CONTINUING MOTIONS DEADLINE AND
TRIAL DATE (No. CR14-5539 BHS) - 1

LAW OFFICE OF CHRISTOPHER BLACK, PLLC
1111 Hoge Building, 705 Second Avenue
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401

5. Defendant Darryl Wright waived speedy trial through November 3, 2015; Defendant Karen Bevens waived speedy trial through December 31, 2015.

THEREFORE, the Court rules as follows:

GOOD CAUSE HAVING BEEN SHOWN, the motions deadline is reset to September 10, 2015, the trial date is reset to October 20, 2015, and Pretrial Conference is set for October 13, 2015, at 11:00 AM. The period of time from February 25, 2015, to October 20, 2015, is excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

DONE THIS 26th day of February, 2015.

BENJAMIN H. SETTLE
United States District Judge

Respectfully submitted,

*s/ Christopher Black*
Christopher Black
Attorney for Darryl Wright
Law Office of Christopher Black, PLLC
1111 Hoge Building
705 Second Avenue
Seattle, WA  98104
Phone:      206.623.1604
Fax:          206.658.2401
Email:       crb@crblack.com

*s/Aimee Sutton*
Aimee Sutton
Attorney for Karen Bevens

*s/David Jennings*
David Jennings
Assistant United States Attorney

ORDER CONTINUING MOTIONS DEADLINE AND TRIAL DATE (No. CR14-5539 BHS) - 2

LAW OFFICE OF CHRISTOPHER BLACK, PLLC
1111 Hoge Building, 705 Second Avenue
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401