UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DARRYL LEE WRIGHT and<br>KAREN M. WRIGHT,<br><br>　　　　　　Defendants. | CASE NO. CR14-5539BHS<br><br>ORDER |

This matter comes before the Court on Defendant Karen Wright's Motion to Continue Trial and PTM Deadline. The Court, having considered the motion, Defendant Darryl Wright's joinder in the motion, the government's response and having heard from the parties in open court on September 17, 2015, makes the following findings of fact and conclusions of law:

1. Defendants request a continuance of the pretrial motions deadline and the trial date to allow additional time to review discovery materials, which the defense has characterized as being of large volume and extremely time consuming to review.

2. The United States reluctantly agrees to a brief continuance of the trial date and expresses that this case merits priority due to the age of the case and, that it is not a complex case.

ORDER - 1

3. The defense needs additional time to explore all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

4. Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation his defense, to explore resolution of this case before trial and to ensure continuity of defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

5. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(i).

6. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) and (B).

7. Defendant Karen Wright waived speedy trial May 31, 2016; Defendant Darryl Wright waived speed trial through April 30, 2016.

NOW, THEREFORE, IT IS HEREBY ORDERED

That the trial date is continued from October 20, 2015 to March 29, 2016 at 9:00 a.m.; Pretrial Conference is set for March 21, 2016 at 1:30. Pretrial motions are due by February 25, 2016. The resulting period of delay from October 20, 2015 to March 29, 2016 is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B)

Dated this 17th day of September, 2015.

BENJAMIN H. SETTLE
United States District Judge