UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

               Plaintiff,

     v.

DARRYL LEE WRIGHT,

               Defendant.

CASE NO. CR14-5539BHS

ORDER

During an in-court hearing on September 21, 2016, the Court lifted the restriction as to Mr. Wright's visitation with his daughter that the Court had previously imposed as a condition of his release pending sentencing. However, at the same hearing, the Court placed the decision with the United States Probation Office ("USPO") as to whether visitation could occur by ruling "(visitation) cannot happen until the probation department is satisfied and authorizes this". The Court further directed the USPO to interview Mr. Wright's daughter and submit a report to the Court.

On October 4, 2016, the report from the USPO was filed under seal. The Court directs the clerk to unseal the report as to the parties only. The report may not be further published or disclosed.

On October 6, 2016, the USPO submitted a supplemental report informing the Court and the parties that as a result of its investigation it does not recommend visitation between Mr. Wright and his daughter pending sentencing. This report will also be placed under seal for the eyes of the parties only.

1        Based on the recommendation from the USPO, the Court denies Mr. Wright's motion for

2 reconsideration of the Court's order modifying the conditions of his release bond and there shall

3 be no visitation pending Mr. Wright's sentencing.

4        If Mr. Wright seeks a reconsideration of the Court's decision, he may file a motion

5 setting forth his reasons for such relief.

6        Dated this 7th day of October, 2016.

7

8

9                          BENJAMIN H. SETTLE
                         United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22